FILED

2024 Sep-27  PM 03:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JACKIE L. MILLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: _____** |
| | ) | |
| **REGIONS BANK,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**<u>NOTICE OF REMOVAL</u>**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Regions Bank ("Regions") files this Notice of Removal to remove this civil action from the Circuit Court of Jefferson County, Alabama, where it was filed as Case No.: 01-CV-2024-90299.00, to the United States District Court for the Northern District of Alabama, Southern Division. This case is removable pursuant to 28 U.S.C. § 1331. As grounds for this removal, Regions states as follows:

1.      Plaintiff Jackie Miller ("Plaintiff" or "Miller") commenced this action in the Circuit Court of Jefferson County, Alabama, by filing a complaint on July 31, 2024. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and/or orders served upon Regions are attached hereto as composite **Exhibit A**.

2.      This suit is a civil action within the meaning of 28 U.S.C. §§ 1441 and 1446.

3.    Plaintiff served the complaint on Regions on **August 30, 2024**. This Notice of Removal has been filed within thirty days of the date on which Regions was served, and it is therefore timely pursuant to 28 U.S.C. § 1446(b).

4.    In the Complaint, Plaintiff asserts claims under the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq*. and the Family and Medical Leave Act, 29 U.S.C. § 2601, *et seq*. Accordingly, this action could have been filed originally in this Court pursuant to 28 U.S.C. § 1331 because Plaintiff's claims arise under the laws of the United States.

5.    The United States District Court for the Northern District of Alabama, Southern Division, is the federal judicial district geographically embracing the Circuit Court of Jefferson County, Alabama, where this action was originally filed. *See* 28 U.S.C. § 98(c). Venue is therefore proper pursuant to 28 U.S.C. § 1441(a).

6.    For the foregoing reasons, the prerequisites for removal under 28 U.S.C. §§1441 and 1446 have been met.

7.    Defendant has not sought similar relief with respect to this matter.

8.    Written notice of the filing of this Notice of Removal will be promptly provided to all adverse parties as required by 28 U.S.C. § 1446(d).

9.    A Notice of Filing of Notice of Removal, with a copy of this Notice of Removal attached, will promptly be filed with the Circuit Court of Jefferson County, Alabama.

10.    The allegations of this Notice of Removal are true, correct, and within the jurisdiction of the United States District Court for the Northern District of Alabama, Southern Division.

11.    Should any issues arise as to the propriety of the removal of this action, Regions respectfully requests the opportunity to submit a brief on such issues and present oral argument.

12.    Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of any of the removing Defendant's rights to assert any defense or affirmative matter that might be available to Defendant, nor does Defendant concede that Plaintiff has pleaded any claim upon which relief may be granted.

WHEREFORE, Defendant Regions Bank, desiring to remove this civil action to the United States District Court for the Northern District of Alabama, Southern Division, which geographically encompasses the place in which this civil action is pending, prays that the filing of this Notice of Removal shall effect the removal of said suit to this Court.

Respectfully submitted on this the 27th day of September 2024.

/s/ Carole G. Miller
Carole G. Miller
Meredith S. Taylor
MAYNARD NEXSEN PC
1901 6th Avenue N. Suite 1700
Birmingham, AL 35203
t. (205) 254-1000
f. (205) 254-1999

3

carole.miller@maynardnexsen.com
mtaylor@maynardnexsen.com

*Attorneys for Defendant Regions Bank*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by placing a copy of the same in the United States mail, postage prepaid and properly addressed, this the 27th day of September 2024.

H. Gregory Harp
810 Watterson Curve #26
Trussville, Alabama 35173
gh@gregoryharplaw.com

*Attorney for Plaintiff Jackie Miller*

/s/ Carole G. Miller
Carole G. Miller