**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JACKIE L. MILLER,** | |
| **Plaintiff,** | |
| **v.** | **Case No.2:24-cv-1324-ACA** |
| **REGIONS BANK,** | |
| **Defendant.** | |

**RESPONSE TO SHOW CAUSE ORDER**

Comes Now, the undersigned, H. Gregory Harp and files this response to the Court's Show Cause Order (doc. 29).  At the onset, the undersigned is embarrassed and contrite for causing the issues related to his filing of Document 23.  The undersigned has been in good standing with the Northern District of Alabama since 2007 the same year as admittance to the Alabama State Bar.  Since admittance, the undersigned has always strived to balance zealously representing his clients with operating under the parameters of all Rules of Civil Procedure and Local Rules.

This instance marks the first time that the undersigned's professional or personal character has been called into question by a Court in the practice of law.[1]

---

[1] The undersigned has had two (2) Bar complaints filed against him.  The first occurred in 2008 and was a situation in which the complainant misidentified the undersigned as the lawyer with whom they interacted with.  That complaint was dismissed.  The second Bar complaint was actually filed by a plaintiff (the undersigned was representing the defendants) who filed a lawsuit and then paid money in order to settle the lawsuit.  The undersigned did not negotiate the settlement.  That complaint was likewise dismissed.

1

The undersigned has always attempted to err on the side of being overly cautious so as to not making any misrepresentation, of law or fact no matter how slight or seemingly benign.  In fact, in the instant case, as pointed out in oral arguments held on the summary judgment, the undersigned did not address certain material facts that were undisputed so as not to be seen attempting to misrepresent the evidence.

The undersigned has had the opportunity to review Document 23 and the presence of quotations that, in a vacuum seem to be an attempt to misrepresent legal authority.  However, as shown on the sworn declaration of the undersigned which is incorporated into this response as Exhibit A, the undersigned in no way purposely attempted to mislead the Court or opposing counsel.

The undersigned has practice law for over 19 years.  Prior to the practice of law as a licensed attorney, the undersigned worked as a senior litigation paralegal for 16 years.  The undersigned holds not only this Court, but the entirety of the legal system in the highest regard.  The undersigned litigates primarily in federal court sometimes foregoing fee and has tried cases in District Court and participated in oral argument before the Eleventh Circuit.

The four cases at issue were not intended to represent quoted law used to misrepresent authority.  The cases at issue should not have contained the quotation marks within the parentheticals that give rise to the show cause order.  While filing of Document 23 cannot be characterized as harmless due to raising concerns with

2

the Court, it can however be characterized as unintentional conduct on the part of the undersigned.

The undersigned has endeavored to comply with both the spirit and letter of the Court's show cause order. The undersigned has reviewed all previous filings made in this case by the undersigned and reviewed all such filings for the existence of misrepresentation, fabrications and/or nonexistent cases. In this instance, the undersigned did not find any additional issues with cited authority in Document 23 other than those issues identified in the incorporated Declaration.

The undersigned apologizes to his client, opposing counsel, their client and the Court for the necessity of these proceedings. While case law may be argued and molded by attorneys to fit the contours of their client's position, it should never be used in an attempt to purposely misrepresent law to Court. The undersigned has not purposely done so here.

WHEREFORE, for the reasons stated herein, the explanation given by the undersigned in his Declaration and at the hearing of this matter, the undersign prays that the Court find that sanctions are not warranted in this matter.

Respectfully submitted,

*s/ H. Gregory Harp*
H. Gregory Harp
810 Watterson Curve #26
Trussville, Alabama 35173
205.291.0088
gh@gregoryharplaw.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, April 15, 2026, a copy of the foregoing was served upon the counsel of records below via electronic mail:

Carole Miller, Esq.
Meredith S. Taylor, Esq.
MAYNARD NEXSEN
1901 Sixth Ave North, Suite 1700
Birmingham, Alabama 35203
Carole.Miller@maynardnexsen.com
MTaylor@maynardnexsen.com

4