FILED
2026 Apr-20  PM 04:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **JACKIE L. MILLER,** | |
| **Plaintiff**, | |
| **v.** | **Case No. 2:24-cv-1324-HDM** |
| **REGIONS BANK,** | |
| **Defendant**. | |

## <u>ORDER</u>

This case is before the court on its Order to Show Cause, in which the court ordered Gregory Harp, attorney for Plaintiff, to show cause why he should not be sanctioned for making false representations to the court. (Doc. 29). The court, having thoroughly considered Attorney Harp's Response to the court's Order to Show Cause, (doc. 30), and having held a hearing on the issue, **ORDERS** Attorney Harp to submit the following to the court for in camera inspection:

1. Screenshots of Attorney Harp's ChatGPT history showing the entirety of all conversations related to this case; and

2. The native Microsoft Word version of Document 23, Plaintiff's Response to Defendant's Motion for Summary Judgment. If Attorney Harp created

multiple versions of Document 23 over multiple Word documents (e.g., a rough draft and a final version), each Word document must be submitted.

To protect against the distribution of any attorney work product, these submissions must be placed on a thumb drive and submitted for in camera review rather than uploaded via CM/ECF.

**DONE** and **ORDERED** on April 20, 2026.

_____
**HAROLD D. MOOTY III**
UNITED STATES DISTRICT JUDGE