# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JACKIE L. MILLER,** | |
| **Plaintiff**, | |
| **v.** | **Case No. 2:24-cv-1324-HDM** |
| **REGIONS BANK,** | |
| **Defendant**. | |

## ORDER

On April 10, 2026, upon the court's suspicion that Attorney H. Gregory Harp used AI to generate several false quotations and parentheticals, Attorney Harp was ordered to show cause why he should not be sanctioned. (Doc. 29). In that order, the court also set a show cause hearing on the issue. *Id.* In his response to the court's order, Attorney Harp stated that he does not know how the false quotations ended up in his submitted brief, but that he did not use AI to generate them. (Doc. 30).

At the subsequent hearing, which took place on April 20, 2026, Attorney Harp stated that while he used "ChatGPT to do a general search," neither ChatGPT nor any other AI "wrote a single word" of his brief. Transcript of Hearing at 5–6. When pressed on whether the false quotations were originally generated by ChatGPT, Attorney Harp stated, "Not to my knowledge." *Id.* at 7. Attorney Harp admitted,

however, that he did not go back and check his ChatGPT search history. *Id.* at 10.

He stated, though, that he "can pull [it] up for the court."

Accordingly, right after the hearing concluded, the court ordered Attorney

Harp to submit to the court for in camera inspection:

> 1. Screenshots of Attorney Harp's ChatGPT history showing the entirety of all conversations related to this case; and
>
> 2. The native Microsoft Word version of Document 23, Plaintiff's Response to Defendant's Motion for Summary Judgment. If Attorney Harp created multiple versions of Document 23 over multiple Word documents (e.g., a rough draft and a final version), each Word document must be submitted.

(Doc. 31). On April 29, Attorney Harp submitted a flash drive in response to the

court's order. That flash drive contained three relevant documents. The first is a one-

page, unsigned PDF entitled "Your Honor" which states, in its entirety:

> I have attempted to comply with the Court's Order requiring me to furnish ChatGPT screenshots and native files; however, **my account has been deleted**, and the files are no longer available. I have attempted, in good faith, to recover the account, but I was unable to do so. From my review, it appears that it is not able to be recovered.

The second document is a Word version of the brief at issue. The metadata for

the document shows that it was created on April 28 at 2:40 PM, last edited on April

28 at 2:40 PM, and has a total editing time of zero minutes. The third is a second

Word document version of the brief. The metadata for this document shows that it

was created on April 28 at 2:41 PM, last modified on April 28 at 3:52 PM, and has

a total editing time of two minutes. The metadata for both Word documents shows

2

that they were last printed on November 29, 2025—the day before the brief was submitted. (*See* Doc. 23).

Attorney Harp is now **ORDERED** to do the following on or before Friday, May 1, 2026, at 3:00 PM CST:

1. Submit a sworn declaration doing the following things:

    a. Explaining the specific steps he undertook to comply with the court's April 20, 2026, Order.

    b. Explaining in granular detail exactly how, when, why, and by whom his ChatGPT account was deleted. Attorney Harp is reminded that he represented to the court in open court and on the record that he would be able to pull his ChatGPT history.

    c. Stating the email address that he used to create his ChatGPT account.

    d. Explaining why the metadata of the Word documents he submitted indicate that the documents were created and modified the day that Attorney Harp submitted them, and why the Word documents contain no version history.

2. Submit screenshots of every email, text message, or other communication Attorney Harp has received, on any email address, from or relating to OpenAI or ChatGPT. Specifically, the court **ORDERS** Attorney Harp to

submit screenshots of emails—showing the emails' date—confirming his account's creation and subsequent deletion.

The court is **extremely suspicious** of Attorney Harp's statement that his ChatGPT "account has been deleted," and Attorney Harp is **WARNED** that any attempt to conceal evidence from the court will result in further investigation and rapidly escalating sanctions.

**DONE** and **ORDERED** on April 29, 2026.

_____
**HAROLD D. MOOTY III**
UNITED STATES DISTRICT JUDGE

4