FILED

2026 May-01  PM 02:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JACKIE L. MILLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:24-cv-1324-HDM** |
| | ) | |
| **REGIONS BANK,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## SWORN DECLARATION OF HOYT GREGORY HARP

I, Hoyt Gregory Harp state as follows:

1.      I am providing this sworn declaration and accompanying information for *in camera* review in response to the Court's April 29, 2026, Order that I do so.

2.      The sanctions proceeding before this Court is an extremely stressful event and I am hopeful that this declaration and accompanying will provide the Court the information needed to render a just decision.   I am doing my very best to respond to the Court's questions despite certain issues affecting me that I am actively seeking treatment for through the Alabama Lawyer's Assistance Program ("ALAP").   I am under contract with ALAP and will discuss the process I am under with the Court if the Court requires.

3.      These are the specific steps I recall that I undertook to comply with the Court's April 20, 2026, Order:  I attempted to log into ChatGPT and reopen the ChatGPT account.  I received an error message that informed me that I would be unable to access the account and it would be at least 30 days before the email I used to create the account could be used again.  I saved a pdf to the thumb drive explaining that I did not have access to the ChatGPT screenshots.  I saved all of the files that I did have to a thumb drive and sent the thumb drive to the Court via UPS overnight service.

That is all I can recall at this time.

4.      This is exactly how, when, why, and by whom my ChatGPT account was deleted: my ChatGPT account was manually deleted by me at some point before April 23, 2026, I do not know the exact date and time and no email shows the date and time.  I deleted the account due to the additional stress the entire situation and my use of artificial intelligence in this case have placed on me.  After the hearing I was extremely upset that I had used ChatGPT at all.  I went to ChatGPT.com and initiated actions to completely deactivate the account.  I have attached to this declaration all of the email correspondence related to OpenAI and/or ChatGPT that is in my email.  I have searched and I do not have any text messages from OpenAI or ChatGPT.  I do not believe I have ever received a text message from ChatGPT.

5.     This is the only email address I used to create my ChatGPT account: hgregoryharp@gmail.com.  From a review of the emails, it appears I subscribed to ChatGPT Plus beginning on or about November 26, 2025.  I believed I used the free version of ChatGPT prior to the subscription because I received an email regarding an update to the ChatGPT Privacy Policy in December of 2023.

6.     Although I do not know why the metadata in the Word documents have no version history, this is my explanation as to possibly why the metadata of the Word documents I submitted indicate that the documents were created and modified the day that I submitted them, and why the Word documents contain no version history: I went to CVS Pharmacy and purchased a thumb drive.  I inserted the thumb drive into the computer and saved the native versions of all documents related to Document 23, the response to summary judgment to the thumb drive which may explain the creation date.  I removed the thumb drive, went to the UPS store and had an envelope addressed to the Court.  I paid for overnight service.

7.     The foregoing explanation is the best I can provide to the Court. I again apologize for the filing that began this process and for my uncharacteristic behavior. I declare the foregoing to be true and correct to the best of my knowledge and recollection.



Hoyt Gregory Harp