FILED

2026 May-11  PM 02:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**JACKIE L. MILLER,**

    **Plaintiff,**

**v.**

                              **Case No.2:24-cv-1324-HDM**

**REGIONS BANK,**

    **Defendant.**

### RESPONSE TO SECOND SHOW CAUSE ORDER

Comes now the undersigned and responds as ordered to the Second Show Cause Order (Doc. 35):

1.    I have reviewed the Court's show cause order (Doc. 35) and can offer no grounds for the avoidance of sanctions and a finding of civil contempt other than the information I have previously provided.  The Court is correct that I filed a submitted Document 23 which contained misstatements of law that included misrepresented quotes to legal authorities.  The Court is correct that I deleted ChatGPT.  Although I do not remember most of the hearing that took place on April 20, 2026, I do not dispute that a transcript of the proceedings exists in which I stated I could probably pull up the ChatGPT.  Although I have not reviewed the transcript, I do not dispute the accuracy of the Court's findings of what is contained in the transcript.  However,

1

at some point after the hearing, for the reasons previously given, I deleted my ChatGPT account.

2.    I have provided the Court all of the information the Court has requested that I have.  I have nothing else that I can provide to the Court.  I remain contrite, am actively seeking help with my wellness issues, and I again apologize to the Court.

Respectfully submitted,

*s/ H. Gregory Harp*
H. Gregory Harp
GREGORY HARP LLC
810 Watterson Curve #26
Trussville, Alabama 35173
gh@gregoryharplaw.com
205.291.0088

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, May 11, 2026, I caused a copy of the foregoing the be served on the following counsel of record:

Carole G. Miller, Esq.
Mary Grace C. Robinson, Esq.
Attorneys for Regions Bank
Maynard Nexsen PC
901 Sixth Ave. North
Birmingham, Alabama 35203
Telephone: 205.254.1000
Fax: 205.254.1999


*s/ H. Gregory Harp*