FILED

2026 May-14  PM 02:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

Your Honor:

I have attempted to comply with the Court's Order requiring me to furnish ChatGPT screenshots and native files; however, my account has been deleted, and the files are no longer available. I have attempted, in good faith, to recover the account, but I was unable to do so. From my review, it appears that it is not able to be recovered.