# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**JACKIE L. MILLER,**

     **Plaintiff,**

**v.**

                               **Case No.2:24-cv-1324-HDM**

**REGIONS BANK,**

     **Defendant.**

## NOTICE OF LISTING OF JURISDICTIONS

Comes now the undersigned and responds as ordered to Order (Doc. 39):

To the Clerk of the Court:

I am currently admitted in the State of Alabama; United States District Court, Northern District of Alabama; United States District Court Middle District of Alabama and the Eleventh Circuit Court of Appeals.

                     Respectfully submitted,

                     *s/ H. Gregory Harp*
                     H. Gregory Harp
                     GREGORY HARP LLC
                     810 Watterson Curve #26
                     Trussville, Alabama 35173
                     gh@gregoryharplaw.com
                     205.291.0088

1

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, May 21, 2026, I caused a copy of the foregoing the be served on the following counsel of record:

Carole G. Miller, Esq.
Mary Grace C. Robinson, Esq.
Attorneys for Regions Bank
Maynard Nexsen PC
901 Sixth Ave. North
Birmingham, Alabama 35203
Telephone: 205.254.1000
Fax: 205.254.1999

*s/ H. Gregory Harp*